# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**TERRY ROBERTS**                                                                                **PLAINTIFF**

**V.**                                                        **CAUSE NO. 4:18-cv-00127-DMB-JMV**

**FAMILY DOLLAR STORES OF**
**MISSISSIPPI, INC. and JOHN DOES 1-4**                             **DEFENDANTS**

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court, *sua sponte*, to amend the case management order. The following deadline now applies in this matter:

1. Dispositive Motion is April 1, 2019.

All other deadlines remain.

**SO ORDERED** this, the 29th day of November, 2018.

                                              /s/ Jane M. Virden
                                          **UNITED STATES MAGISTRATE JUDGE**