IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERRY ROBERTS**                                                                     **PLAINTIFF**

**V.**                                                         **NO. 4:18-CV-127-DMB-JMV**

**FAMILY DOLLAR STORES OF**
**MISSISSIPPI, INC., et al.**                                      **DEFENDANTS**

## ORDER

On July 11, 2019, a "Notice of Settlement" was filed in this case in which the parties advise that this case has been settled. Doc. #44. Accordingly, the March 29, 2019, motion for summary judgment [29] is **DENIED as moot** and this case is **CLOSED**.[1]

**SO ORDERED**, this 8th day of August, 2019.

                                                               **/s/Debra M. Brown**
                                                               **UNITED STATES DISTRICT JUDGE**

---

[1] The parties may still file a stipulation of dismissal with prejudice.